SEALED

E-FILED
Monday, 22 August, 2005  11:24:40 AM
Clerk, U.S. District Court, ILCD

FILED

AUG 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-10061 |
| ) | |
| KEVIN G. HUTCHINGS, ) | VIO: 21 U.S.C. §§846, 841(a)(1) |
| KEVIN M. HUTCHINGS, ) | 841(b)(1)(A), 841(b)(1)(C) |
| MICHAEL HARRIS, ) | |
| NELSON ERIC WHITING, ) | |
| RICHARD BREEDING, ) | |
| LOIS CHICKNOWSKY, and ) | |
| MICHAEL COLE, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

1.  From in or about 2001, to in or about 2003, in Peoria County, Tazewell County and Fulton County, in the Central District of Illinois,

KEVIN G. HUTCHINGS,
KEVIN M. HUTCHINGS,
MICHAEL HARRIS,
NELSON ERIC WHITING,
RICHARD BREEDING,
LOIS CHICKNOWSKY, and
MICHAEL COLE,

1

the defendants herein, did knowingly conspire, confederate, and agree with each other and with other persons whose names are known and with persons whose names are unknown to the Grand Jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly distribute methamphetamine, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

2. It was part of the conspiracy that the defendants would at various times distribute methamphetamine and cocaine.

3. This conspiracy involved more than 500 grams of a mixture and substance containing methamphetamine; and more than five (5) kilograms of a mixture and substance containing cocaine.

### Overt Acts

4. In furtherance of the conspiracy and to accomplish its objectives of distributing methamphetamine and cocaine, the defendants and other persons did commit overt acts, including but not limited to the following:

    A. Kevin G. Hutchings obtained methamphetamine and cocaine in the western United States and transported it to the Central District of Illinois.

    B. His son, Kevin M. Hutchings and Lois Chicknowsky transported cocaine and methamphetamine for Kevin M. Hutchings and assisted Kevin M. Hutchings in the transportation of cocaine and methamphetamine to the Central District of Illinois.

C.   In the Central District of Illinois, various individuals including Michael Harris, Nelson Eric Whiting, Richard Breeding and Michael Cole received the cocaine and methamphetamine, weighed and repackaged the cocaine and methamphetamine and gave the cocaine and methamphetamine to other persons to distribute and distributed the cocaine and methamphetamine themselves.

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

## COUNT 2

On July 1, 2003, in Fulton County within the Central District of Illinois,

**NELSON ERIC WHITING,**

the defendant herein, distributed a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On July 18, 2003, in Fulton County within the Central District of Illinois,

**NELSON ERIC WHITING,**

the defendant herein, distributed a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On October 8, 2003, in Fulton County within the Central District of Illinois,

**NELSON ERIC WHITING,**

the defendant herein, distributed a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On October 16, 2003, in Fulton County within the Central District of Illinois,

**NELSON ERIC WHITING,**

the defendant herein, distributed a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On November 13, 2003, in Tazewell County within the Central District of Illinois,

**MICHAEL HARRIS,**

the defendant herein, distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A True Bill,

s/Foreperson
**Foreperson**

s/ U.S. Attorney
JAN PAUL MILLER
UNITED STATES ATTORNEY
KTC/ksr

4