E-FILED
Friday, 07 October, 2005 02:13:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | |
| v.    ) | Case No. 05-10061 |
| LOUIS CHICKNOWSKI,    ) | |
| Defendant.    ) | |

## **O R D E R**

I hereby recuse myself from further proceedings in this case as to this defendant only pursuant to § 455(a) of Title 28, United States Code.

This case is referred to Chief Judge Michael McCuskey for reassignment.

Entered this 7th day of October, 2005.

s/ Michael M. Mihm
Michael M. Mihm
U.S. District Judge