# United States District Court
### Central District of Illinois

**UNITED STATES OF AMERICA** )
   Plaintiff )
)
) CASE NO. **05-10061-06**
)
**Lois Chicknowsky** )
   Defendant )

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 p.m.** on **Thursday, October 13, 2005.**

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, October 24, 2005**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this   7th   day of  October, 2005

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE