IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Criminal No. 05-10061 |
| ) | |
| KEVIN G. HUTCHINGS,   ) | |
| KEVIN M. HUTCHINGS,   ) | |
| MICHAEL HARRIS,   ) | |
| NELSON ERIC WHITING,   ) | |
| RICHARD BREEDING,   ) | |
| LOIS CHICKNOWSKY, and   ) | |
| MICHAEL COLE,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

## NOTICE OF CONFLICT

Now comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and K. Tate Chambers, Assistant United States Attorney, and hereby notifies this Honorable Court and counsel of a conflict of interest.

1. On Friday, October 7, 2005, Mr. Ronald Hamm entered his appearance on behalf of defendant Lois Chicknowsky.

2. Mr. Hamm also represented the government's main witness in this matter. Mr. Hamm represented the government witness in obtaining benefits for his cooperation against all of the

defendants named in the indictment, including Lois Chicknowsky.

                                        UNITED STATES OF AMERICA

                                        JAN PAUL MILLER
                                        UNITED STATES ATTORNEY


                                         s/:  K. Tate Chambers
                                        K. Tate Chambers
                                        Assistant United States Attorney
                                        211 Fulton Street, Suite 400
                                        Peoria, Illinois 61602
                                        Telephone:  309/671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that on October 11, 2005, I electronically filed the foregoing **NOTICE OF CONFLICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, IL 61602

Jerry Serritella
Attorney at Law
411 Hamilton Boulevard, Suite 1600
Peoria, IL 61602

Chandra L. Justice
Attorney at Law
416 Main Street, Suite 300
Peoria, IL 61602

Joel E. Brown
Attorney at Law
416 E. Main Street, Suite 625
Peoria, IL 61602

Ronald L. Hamm
Attorney at Law
415 Hamilton Boulevard
Peoria, IL 61602

Spencer L. Daniels
Attorney at Law
411 Hamilton Boulevard, Suite 1708
Peoria, IL 61602

 s:/  Kim Ritthaler
**Kim Ritthaler**
Legal Assistant