IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 05-10061 |
| LOIS CHICKNOWSKY, | ) |
| Defendant. | ) |

## SUBSTITUTION OF ATTORNEYS AND ENTRY OF APPEARANCE

NOW COMES the Defendant, LOIS CHICKNOWSKY, by her attorney, DANIEL O'DAY, and enters his appearance on behalf of the Defendant, LOIS CHICKNOWSKY, as substitute counsel for counsel of record.

NOW COMES attorney, RONALD L. HAMM and asks this Honorable Court to grant him permission to withdraw from this case due to a conflict of interest relating to another case.

S/DANIEL O'ODAY

S/RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:
Tate Chambers, U.S. Attorneys Office, Peoria, Illinois

S/Ronald L. Hamm
Lois Chicknowsky, Defendant
RONALD L. HAMM
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309)671-9701
Fax (309) 637-5788
RHamm@CFGOLAW.com