E-FILED
Wednesday, 12 October, 2005 10:45:06 AM
Clerk, U.S. District Court, ILCD

## United States District Court
### Northern District of Texas

*Karen Mitchell*
*Clerk of Court*

1205 Texas Ave., Rm. C-209
Lubbock, Texas 79401

September 28, 2005



**FILED**

OCT 12 2005



JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. District Clerk
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

Re:  District of Arrest:  Northern District of Texas - Lubbock Division
                          Case No. 5:05-MJ-088
     District of Offense: Central District of Texas - Peoria Division
                          Case No. 05-10061

United States of America v Lois Chicknowsky

Enclosed please find certified copies of documents in the above-referenced case.

It would be appreciated if you would acknowledge receipt of same by returning the extra copy of this transmittal letter enclosed.

Criss Flock, Courtroom Deputy

cc:  U. S. Attorney's Offices
     U. S. Pre-Trial Service

I acknowledge receipt of the above referenced case on _____.

_____
Clerk

## U.S. District Court
### Northern District of Texas (Lubbock)
### CRIMINAL DOCKET FOR CASE #: 5:05-mj-00088-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Chicknowsky | Date Filed: 09/23/2005 |

Assigned to: Magistrate Judge Nancy M Koenig

**Defendant**
Lois Chicknowsky (1)

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA     represented by   Jeffrey R Haag
US Attorney's Office
1205 Texas Ave
7th Floor
Lubbock, TX 79401
806/472-7351
Fax: 806/472-7394 FAX
Email: jeffrey.haag@usdoj.gov
*LEAD ATTORNEY*

Certified a true copy of an instrument on file in my office on 10-7-05
Clerk, U.S. District Court,
Northern District of Texas
By [signature] Deputy

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2005 | | Arrest (Surrender) (Rule 5) of Lois Chicknowsky (clf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 1 | Rule 5 Documents Received from CD/IL - Peoria Division as to Lois Chicknowsky. (Indictment) (clf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 2 | Minute Entry for proceedings held before Judge Nancy M Koenig : Rule 5 Initial Appearance as to Lois Chicknowsky held on 9/23/05. Deft advised she has retained David Zavoda as counsel. Deft wants to confer with counsel before waiving identity. Identity Hearing set for 10/7/05 at 3:00 p.m. Govt does not oppose Deft's release on PR bond and conditions. (Tape #1411(3206-3890).) (clf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 3 | WAIVER of Rule 5 Identity Hearing by Lois Chicknowsky (clf, ) (Entered: 09/26/2005) |
| 09/23/2005 | 4 | ORDER Setting Conditions of Release as to Lois Chicknowsky (1) Personal Recognizance Bond. Deft to appear at U.S. Courthouse, 100 NE Monroe, Courtroom C, Peoria, Illinois for Arraignment on 10/7/05 at 1:00 p.m. before the Hon. John A. Gorman. (Signed by Judge Nancy M Koenig on 9/23/05) (clf, ) (Entered: 09/26/2005) |

✤AO 199A   (Rev. 6/97) Order Setting Conditions of Release

Page 1 of 3 Pages

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

SEP 23 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

United States of America

V.

**LOIS CHICKNOWSKY**
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 5:05-MJ-088

Charging Districts Case Number: 05-10061

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) the U.S. Courthouse, 100 NE Monroe, U.S. Magistrate Courtroom, Courtroom C, Peoria, Illinois ~~Lubbock Texas~~ on October 7, 2005, at ~~3:00~~ 1:00 p.m. for ~~Identity hearing~~ Arraignment before the Honorable John A. Gorman.

Place _____ Date and Time _____

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Certified a true copy of an instrument
on file in my office on 10-4-05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy         Date

( X ) (7) The defendant shall:
- ( X ) (a) report to the Pre-trial Services as directed, telephone number _____ , not later than _____ .
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____ .
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
- (not) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- ( ) (g) surrender any passport to: _____
- ( ) (h) obtain no passport.
- ( ) (i) abide by the following restrictions on personal association, place of abode, or travel: _____
- ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
- ( ✓ ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: *Undergo mental health assessment and treatment as directed by Pretrial Services*
- ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- ( ✓ ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
- ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- ( X ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- ( ) (v) _____
- ( ) (w) _____
- ( ) (x) _____

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_s/Lois Chicknowsky_
Signature of Defendant

_Suffolk_, Tx  806-793-1178
City and State        Telephone

cell

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _September 23, 2005_

s/US MAGISTRATE JUDGE
Signature of Judicial Officer

NANCY M. KOENIG, United States Magistrate Judge
Name and Title of Judicial Officer

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 23 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

__LOIS CHICKNOWSKY__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 5-05-MJ-088

CHARGING DISTRICTS
CASE NUMBER: 05-10061

I understand that charges are pending in the __Central__ District of __Illinois__ alleging violation of __21:846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/LOIS CHICKNOWSKY
Defendant

September 23, 2005
Date

_____
Defense Counsel

Certified a true copy of an instrument on file in my office on __10-4-05__
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ONORABLE NANCY M. KOENIG, PRESIDING
EPUTY CLERK: Criss Flock
AW CLERK _____
TERPRETER _____
.M. 10:12    P.M. _____

COURT REPORTER/TAPE 1411 (3206-3890)
USPO (USPT) C. RASURA
COURT TIME: :09
DATE: 9-23-05

5:05-MJ-088

UNITED STATES OF AMERICA          §    JEFF HAAG, AUSA
                                  §
v.                                §
                                  §
LOIS CHICKNOWSKY                  §
Defendant's Name          RULE 5    Deft Counsel/Apptd-(A), Retd-(R), FPD-(F)

[ ] INITIAL APPEARANCE  [ ] IDENTITY  [ ] BOND HEARING  [ ] PRELIMINARY HEARING
[ ] DETENTION HEARING  [ ] COUNSEL DETERMINATION HEARING  [ ] REMOVAL HEARING
[ ] HEARING CONTINUED ON _____ Case No. _____ [ ] Other District [ ] Division
[ ] Date of Birth: _____ [ ] Social Security No. _____ [ ] Correction of Name ORDERED _____
[ ] Date of Federal arrest/(custody): _____ [X] Surrender 9/22/05 or [X] Rule 5/32 [ ] Appeared on Writ
[ ] Deft first appearance. Deft advised of rights/charges [ ] Pretrial/Probation/Supervised Released violator
[ ] Deft first appearance with counsel.
[ ] [X] Deft [ ] MW (Material Witness) [ ] _____ appeared [ ] with [X] without counsel.
[ ] Requests appointed counsel.
[ ] FINANCIAL AFFIDAVIT executed.  [ ] Notify Foreign Consular ( ) Yes ( ) No
[ ] Order appointing Federal Public Defender.
[ ] Private Counsel appointed, _____
[ ] Deft advises he will retain counsel. DAVID ZAVODA
[ ] Arraignment set _____ [ ] Detention Hearing set _____
[ ] Preliminary set _____ [ ] Bond Hearing set _____
[ ] Counsel Determination Hearing set _____
[ ] Identity/Removal Hearing set 10/7/05 @ 3:00 p.m.
[ ] Bond [X] set [ ] reduced to $_____ [ ] Cash [ ] Surety [ ] 10% [X] PR for [X] Deft [ ] 3rd Pty [ ] MW
[ ] No bond set at this time, ___ day DETENTION ORDER to be entered.
[ ] ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
[ ] ORDER OF DETENTION PENDING TRIAL entered.  [ ] Detention Moot
[ ] Deft advised of conditions of release.
[ ] BOND EXECUTED, [ ] Deft [ ] MW released [ ] State Authorities, [ ] INS
[ ] Deft [ ] MW (Material Witness) REMANDED to CUSTODY.
[ ] Deft ORDERED REMOVED to Originating District.
[ ] WAIVER of [ ] Preliminary Hearing [ ] Waiver of Rule 5/32 Hearing [ ] Waiver of detention hearing
[ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.
[ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
[ ] Govt moved for Detention Pending Trial based on F/R, danger, obstruction. Requested (10 or 3) day continuance. Granted.
     Eligibility Factors - case involves: ( ) crime of violence          ( ) maximum sentence of life imprisonment/death
                                          ( ) 10 year+ drug offense      ( ) felony with 2 or more prior convictions in above
                                          ( ) serious risk Def. will flee ( ) serious risk Def. will obstruct justice
     Def. should be detained because there are no conditions of release to reasonably assure:( ) Def.'s appearance as required
                                                                                             ( ) Safety of other person/community
     Gov't (will/will not) invoke rebuttable presumption in § 3142(e). If yes, presumption applies because:
         ( ) probably cause to believe Def. committed 10 year+ drug offense or firearms offense under § 924(c)
         ( ) previous conviction for "eligible" offense committed while on pretrial bond
[ ] REMARKS: Gov't does not oppose Deft's release on PR bond
opy to Minute Order Book    + conditions.

Certified a true copy of an instrument
on file in my office on 10-4-05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Flock _____ Deputy

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 23 2005
CLERK, U.S. DISTRICT COURT
By _____