E-FILED
Wednesday, 26 October, 2005  08:16:58 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>LOIS CHICKNOWSKY<br>address unknown<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br>**SEALED**<br>CASE NO. 05-10061-006 |

**FILED**
OCT 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **LOIS CHICKNOWSKY**, and bring her forthwith to the nearest magistrate judge to answer an Indictment charging her with:

Count 1-Conspiracy to Distribute Cocaine & Methamphetamine, Title 21, Section 846 & 841(b)(1)(A).

s/ John M. Waters
**JOHN M. WATERS**
*Name of Issuing Officer*

s/H. Kallister    s/ H. Kallister
*Signature of Issuing Officer*

**CLERK U.S. DISTRICT COURT**
*Title of Issuing Officer*

8/22/05 at Peoria, IL.
*Date and Location*

RECEIVED 2005 AUG 24 A 11: 20
US MARSHALS SERVICE CENTRAL ILLINOIS

**Bail fixed at $NO BOND by Magistrate Judge John Gorman.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Lubbock, TX**

| Date Received 8-24-05 | Name of Arresting Officer David Mead | Signature of Arresting Officer |
| Date of Arrest 5-22-05 | Title of Arresting Officer USMS | *[signature]* |