UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.: 05-CR-10061-06 |
| vs. | ) |
| LOIS CHICKNOWSKY, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO JOIN CO-DEFENDANTS' MOTION**

Defendant, LOIS CHICKNOWSKY, by her undersigned attorney, DANIEL G. O'DAY, respectfully moves to join in co-defendants' motions, as follows:

1. In the interest of judicial economy, the court should grant the instant motion for leave to join in co-defendants' motions, except those in which this Defendant specifically requests not to join.

Wherefore, Defendant LOIS CHICKNOWSKY respectfully prays for the entry of an order granting this request to join in co-defendants' motions and for such other, further relief as the Court deems just or appropriate.

Respectfully submitted,

LOIS CHICKNOWSKY

By   /s/  Daniel G. O'Day
     Her Attorney

Daniel G. O'Day
Cusack, Fleming, Gilfillan & O'Day
415 Hamilton Blvd
Peoria, IL 61602
Phone: (309) 637-5282
Fax: (309) 637-5788

CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2005, I electronically filed a Motion For Leave to Join Co-Defendants' Motion with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

- **Joel E Brown**
  jebrownlaw@sbcglobal.net jebrown4357@sbcglobal.net

- **K Tate Chambers**
  tate.chambers@usdoj.gov kimberly.ritthaler@usdoj.gov,margo.l.scamp@usdoj.gov

- **Spencer L Daniels**
  danielslaw@sbcglobal.net

- **Chandra L Justice**
  talley_deb@yahoo.com

- **Daniel G O'Day**
  doday@cfgolaw.com jhougland@cfgolaw.com;emeyer@cfgolaw.com

- **Jerry Serritella**
  jserritella@westerveltlaw.com

- **Mark E Wertz**
  mwertz@vltslaw.com koneill@vltslaw.com;wertz@bwsys.net

      Respectfully submitted,
s/Daniel G. O'Day
Daniel G. O'Day
415 Hamilton Blvd.
Peoria, Illinois 61602
Phone: (309) 637-5282
Fax: (309) 637-5788
E-mail: doday@cfgolaw.com
6181202