UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  05-CR-10061-06 |
| vs. | ) | |
| | ) | |
| LOIS CHICKNOWSKY, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE SENTENCING DATE AND TO EXTEND DATE FOR DEFENSE REPSONSE TO PRESENTENCE REPORT

Defendant, LOIS CHICKNOWSKY, respectfully moves to continue the sentencing date by a period of approximately sixty days in the above-captioned cause, and to extend the date by forty-five days for defense responses to the presentence report to be tendered to the US Probation Office, as follows:

1.    Defense counsel and the United States have attempted to work out several differences concerning the pre-sentence report, which he has only recently discussed with his client.

2.    Defense counsel desires not to proceed to sentencing without having an adequate opportunity to resolve the differences.

3.    The U.S. Probation Office and U.S. Attorney do not object to this request, which is in the interests of justice.

WHEREFORE, defendant LOIS CHICKNOWSKY respectfully prays for a continuance of the sentencing date of approximately sixty days and an extension of time for

responding to the presentence report of approximately forty-five days and for such other, further relief as the court deems just or appropriate.

                LOIS CHICKNOWSKY, Defendant

By   /s/ Daniel G. O'Day
      DANIEL G. O'DAY, his attorney

DANIEL G. O'DAY, ESQ.
415 Hamilton Boulevard
Peoria, Illinois  61602
Phone: (309) 637-5282
Fax: (309) 637-5788

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Joel E Brown     jebrownlaw@sbcglobal.net, jebrown4357@sbcglobal.net

    K Tate Chambers     kimberly.ritthaler@usdoj.gov, margo.l.scamp@usdoj.gov

    Chandra L Justice     talley_deb@yahoo.com

    Christopher S McCall     christopher@mccalllegal.com, cmccall2@hotmail.com

    Daniel G O'Day     doday@cfgolaw.com, cwagner@cfgolaw.com, emeyer@cfgolaw.com, jhougland@cfgolaw.com

    Eric M Schwing     eschwing@warpnet.net

    Jerry Serritella     jserritella@westerveltlaw.com

    Mark E Wertz     mwertz@vltslaw.com, koneill@vltslaw.com, wertz@bwsys.! net

    **1:05-cr-10061-2 Notice has been delivered by other means to:**

    Robert W Boucher
    BOUCHER & ENRIGHT PC
    5909 SW Adams
    Bartonville, IL 61607

                                  /s/ Daniel G. O'Day
                                  DANIEL G. O'DAY