UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.: 05- 10061-06 |
| vs. | ) |
| LOIS CHICKNOWSKY, | ) |
| Defendant. | ) |

## COMMENTARY

Defendant, LOIS CHICKNOWSKY, by her undersigned attorney, respectfully gives the court the following sentencing,:

1. The guidelines are, merely advisory.

2. It is anticipated that a motion for downward departure will be made.

3. Pursuant to 18 U.S.C. Section 3553 (a), evidence will be presented at the sentencing hearing to the effect that the nature and circumstances of the offense involved an abusive relationship pursuant to which Kevin Hutchings was the dominant party and the Defendant, Lois Chicknowsky was the servient party. While this does not rise to the level of the defense of duress, it is a circumstance the court can consider.

4. The history and characteristics of the Defendant are such that, until she met Kevin Hutchings, she lived an honorable and lawful life. The criminal history score for her does not reflect that life. This is so because, while other defendants have lower criminal history scores due to the age of their convictions, in Ms. Chicknowsky's case, no such "aging" helps her, inasmuch as she has had no convictions at any time over the many decades she has lived, until this case.

5. Pursuant to Section 3553 (a)(2)(C), there is no indication that the public needs to be protected from further crimes of the Defendant.

6. Pursuant to 18 U.S.C. section 3553 (a)(2)(A) & (B), other sentences have been meted out in this case to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment, and to afford adequate deterrence. Indeed, a life sentence was imposed on the person who was the dominant force, with Ms. Chicknowsky being the servient party.

7. Pursuant to Section 3553 (a)(2)(D), the sentence should reflect the need for the sentence imposed to provide the Defendant with needed medical care in the most effective manner. Ms. Chicknowsky has major health problems and it is believed that a sentence of probation or a split sentence or community confinement would permit her to continue with the physicians she currently uses and to receive needed medical care.

 Respectfully Submitted,

 LOIS CHICKNOWSKY, Defendant

 By /s/ Daniel G. O'Day
   DANIEL G. O'DAY, her attorney

DANIEL G. O'DAY, ESQ.
415 Hamilton Boulevard
Peoria, Illinois  61602
Phone: (309) 637-5282
Fax: (309) 637-5788

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Joel E Brown     jebrownlaw@sbcglobal.net, jebrown4357@sbcglobal.net

    K Tate Chambers     kimberly.ritthaler@usdoj.gov, margo.l.scamp@usdoj.gov

    Chandra L Justice     talley_deb@yahoo.com

    Christopher S McCall     christopher@mccalllegal.com, cmccall2@hotmail.com

    Daniel G O'Day     doday@cfgolaw.com, cwagner@cfgolaw.com, emeyer@cfgolaw.com, jhougland@cfgolaw.com

    Eric M Schwing     eschwing@warpnet.net

    Jerry Serritella     jserritella@westerveltlaw.com

    Mark E Wertz     mwertz@vltslaw.com, koneill@vltslaw.com, wertz@bwsys.! net

    **1:05-cr-10061-2 Notice has been delivered by other means to:**

    Robert W Boucher
    BOUCHER & ENRIGHT PC
    5909 SW Adams
    Bartonville, IL 61607


                                              /s/ Daniel G. O'Day
                                              DANIEL G. O'DAY