AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Checknowsky et al   CASE NO. 05-10061-06

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 2/16/07 |  | 2/16 | Medical Reports (Sealed) Checknowsky |

FILED
FEB 16 2007
CENTRAL DISTRICT OF ILLINOIS

Page ____ of ____ Pages