

FILED
MAR 2 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Lois Chicknowsky

Case Number: 05-10061-6

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-Sentence Report (document number 179), Sentencing Recommendation (document number 180) and Statement of Reason(s) Page (document number 188) were returned to the U.S. Probation Office on 3/26/7.

Received by:

S\ Douglas Heuermann
U.S. Probation Office
Date: 3/28/07