


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N. E MONROE STREET
PEORIA, ILLINOIS 61601

TEL: 309.671.7117
FAX: 309.671.7120

August 27, 2008

Dear Mr. Hutchings,

    We are in receipt of your request for copies of the PSI report and addendum. These documents are sealed documents and are not available for copies without an order of the Court.

    We apologize for any inconvenience.

Very truly yours,

Pamela E. Robinson
Clerk, US District Court